18 A.3d 1145

Francis E. WEAVER, Appellant

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Shirley Moore Smeal, Acting Secretary, Office of Attorney General, Ronald C. Stanko, Administrative Law Judge, Chief Deputy Attorney General, Appellees.**

Supreme Court of Pennsylvania.

May 4, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of May, 2011, the order of the Commonwealth Court is **AFFIRMED.**